# In the United States Court of Federal Claims

**March 7, 2008**

**No. 08-142 C**

**SAUDI LOGISTICS**
**AND TECHNICAL SUPPORT**
**V.**

**THE UNITED STATES**

**NOTICE OF ASSIGNMENT TO:**
**ADR JUDGE Bohdan A. Futey**

As provided for in the provisions of the Court's ADR Pilot Program, effective April 2, 2001, this case has been assigned to the above Judge for the conduct of proceedings in accordance with the Notice of ADR Pilot Program.

Information about this program, as well as model notices, orders and pleadings is available at the court's website - www.uscfc.uscourts.gov.

**John Buckley**
**Acting Clerk of Court**