IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SAUDI LOGISTICS<br>AND TECHNICAL SUPPORT,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 08-142C<br>(Judge Firestone) |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of David S. Silverbrand, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

David S. Silverbrand
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 4044
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/David S. Silverbrand
DAVID S. SILVERBRAND
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 305-3278
Facsimile: (202) 353-7988
E-mail: David.Silverbrand@usdoj.gov

Dated: March 25, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 25th day of March, 2008, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/David S. Silverbrand