# In the United States Court of Federal Claims

**No. 08-142C**

**(Filed April 23, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * *
**SAUDI LOGISTICS AND TECHNICAL SUPPORT** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the telephonic conference held on this date, the parties have decided not to participate in early neutral evaluation until the jurisdictional issue is resolved. At that point, the parties shall advise the court as to whether they will participate in ADR in accordance with Second Amended General Order No. 40.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**

**cc: Judge Nancy B. Firestone**