IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SAUDI LOGISTICS<br>AND TECHNICAL SUPPORT,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br>No. 08-142C<br>(Judge Firestone) |

DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 32-day enlargement of time, to and including June 9, 2008, within which to file its response to the complaint. Our response is currently due on May 8, 2008. This is defendant's first request for an enlargement of time for this purpose. The undersigned has contacted plaintiff's counsel, who has stated that plaintiff consents to this motion.

The enlargement is requested because we have not yet received a litigation report from the interested agency, the United States Army ("Army"), as required by 28 U.S.C. § 520. Agency counsel has stated that the Army is working diligently to complete the litigation report and that it will be provided to us as soon as possible. The additional time is necessary to allow sufficient time for agency counsel to complete the litigation report and for counsel to review the litigation report and prepare the Government's response to the complaint.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Martin F. Hockey
MARTIN F. HOCKEY
Assistant Director

/s./ David S. Silverbrand
DAVID S. SILVERBRAND
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 305-3278
fax: (202) 353-7988

May 1, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 1st day of May, 2008, a copy of the foregoing consent motion for an enlargement of time, was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ DAVID S. SILVERBRAND