# APPENDIX "1"

**DEPARTMENT OF THE ARMY**
UNITED STATES ARMY AVIATION AND MISSILE LIFE CYCLE MANAGEMENT COMMAND
5300 MARTIN ROAD
REDSTONE ARSENAL AL 35898-5000

REPLY TO
ATTENTION OF

14 March 2007

AMSAM-AC-SM-P

SALTS
Saudi Logistics and Technical Support
P.O. Box 2229
Jeddah 21451
Kingdom of Saudi Arabia

Dear Mr. Al-Hamdan:

Reference is made to the U.S. Army Aviation and Missile Command Contract DAAH01-96-G-0001 D.O. 0004, which was awarded March 29th 2000, and the Defense Contract Audit Agency Post award Audit Report No. 2191-000002 dated September 19th 2002, Subject: Defective Pricing.

The post award audit revealed that due to defective pricing, payments were made to you through contract completion. Pursuant to the terms and conditions outlined in the contract, and in accordance with FAR 32.610, the Government hereby makes a demand for payment of excess profits of $7,379,180 and interest due through March 31, 2007 in the amount of $3,126,896, for a total amount due of $10,506,076. Interest charges will accrue, at the approximate rate of $1,536.56 per day, until paid.

Tender a check in the amount of $10,506,076 payable to the Treasury of the United States, and mail to DFAS Columbus Center, North Entitlement Operations, P.O. Box 182266, Columbus, Ohio 43218-2266, within 30 days after receipt of this letter. Any amount not paid within 30 days will accrue interest from the date of this letter at the rate established by the Secretary of the Treasury, pursuant to 50 U.S.C. App. 1215(b)(2).

If immediate payment of the entire amount is not practicable or if you dispute the amount demanded, you should submit a proposal for postponement of payment in accordance with Part 32.613 of the Federal Acquisition Regulation.

The undersigned is the official responsible for having determined the amount of debt.

This is the final decision of the Contracting Officer. You may appeal this decision to the agency board of contract appeals. If you decide to appeal, you must, within 90 days from the date you receive this decision, mail or otherwise furnish written notice to the agency board of contract appeals and provide a copy to the Contracting Officer from whose decision the appeal is taken. The notice shall indicate that an appeal is intended, reference the decision and identify the

Printed on Recycled Paper

contract by number. Instead of appealing to the agency board of contract appeals, you may bring an action directly in the United States Court of Federal Claims (except as provided in the Contract Disputes Act of 1978, 51 U.S.C. 603, regarding Maritime Contracts) within 12 months of the date you receive this decision.

A copy of this correspondence has been furnished to DCMA Kuwait and DFAS-Columbus Center.

Point of contact is the undersigned, AMSAM-AC-SM-P, telephone: 256-876-7497, or Datafax 256-842-7255.

Sincerely,

Tanya L. Davis

TANYA L. DAVIS
CONTRACTING OFFICER