# APPENDIX "5"

**Main Identity**

From: "JPA" <junanabo@yahoo.com>
To: "Jerome Gabig" <j.gabig@q-track.com>
Cc: <jdemello@salts-sa.com>
Sent: Saturday, July 07, 2007 7:59 AM
Subject: Fwd: RE: Post award audit from 2001 and SALTS assertions from 2003

*Fahd Al-Hamdan <fhamdan@salts.com.sa>* wrote:

> From: Fahd Al-Hamdan <fhamdan@salts.com.sa>
> To: "Guenther, Mark, Mr, DCAA" <Mark.Guenther@dcaa.mil>
> CC: "Ernie Hanks (Yahoo) (E-mail)" <salts_hanks@yahoo.com>
> Subject: RE: Post award audit from 2001 and SALTS assertions from 2003
> Date: Sat, 7 Jul 2007 11:05:26 +0300
>
> We acknowledge receipt of this e-mail and we will get back to you soon.
>
> Fahd Al-Hamdan
>
> -----Original Message-----
> From: Guenther, Mark, Mr, DCAA [mailto:Mark.Guenther@dcaa.mil]
> Sent: Friday, July 06, 2007 2:57 PM
> To: fhamdan@salts.com.sa
> Cc: salts_hanks@yahoo.com
> Subject: RE: Post award audit from 2001 and SALTS assertions from 2003
>
> Can you please confirm that you have received the below email and that you are/will be working on a response?
>
> Any questions or comments please let me know. Thanks
>
> -----Original Message-----
> From: Guenther, Mark, Mr, DCAA
> Sent: Wednesday, June 27, 2007 2:28 PM
> To: 'fhamdan@salts.com.sa'
> Cc: 'salts_hanks@yahoo.com'
> Subject: FW: Post award audit from 2001 and SALTS assertions from 2003
>
> I originally sent the email below to Mr. Hanks but then I found your email address. Please read the following.
>
> Thanks
>
> -----Original Message-----
> From: Guenther, Mark, Mr, DCAA
> Sent: Wednesday, June 27, 2007 12:35 PM
> To: 'salts_hanks@yahoo.com'
> Cc: 'Davis, Tanya Ms CIV USA AMC'
> Subject: Post award audit from 2001 and SALTS assertions from 2003

Ernie, if you remember I am the auditor who performed the 2001 post award audit. I have been tasked by the requestor to address the 7 assertions from SALTS' August 6, 2003 letter and the points made by William Borchardt from August 5, 2003. In order to address SALTS' points I need to understand them more fully. Please let me know the email addresses this should be sent to at SALTS and/or please forward to the applicable personnel at SALTS. Please see the following questions/comments:

Questions/comments regarding August 6, 2003 letter:

Assertion 1: I do not understand the point that is trying to be made. Is it that SALTS' actual costs was based on the exchange rate of $1 = DM1.5? If so please explain how that can be, is my report accurate as to the subcontract costs that was incurred by SALTS, if it was different please provide support? Is SALTS saying that they actually bought DMs at the $1 = DM1.5 exchange rate and so it really did cost SALTS $24 million? Is SALTS saying they had to buy insurance to protect themselves with currency fluctuations, if so please provide support that shows the additional expenses SALTS incurred to protect themselves with currency fluctuations? I would like to point out that I do not understand the risk of currency fluctuations for this effort. See the graph on page 12 of the audit report (2001S42000002). The exchange rate in January 1999 was around $1=DM1.7 and steadily increased to around $1=DM2.0 at the time of certification. I do not understand where the risk was or the need to buy insurance to protect against currency fluctuations, the proposed subcontract costs appears to have been very limited risk. If there were additional expenses that SALTS incurred in addition to the paid subcontract invoices please provide proof of this?

Assertion 2: I believe the main point is that SALTS' is claiming that they did in fact incur the exchange rate of $1-DM1.5. Please let me know if this is not the main claim to assertion 2. If so I do not see where SALTS supported this assertion. Please provide support that shows SALTS incurred the $1-DM1.5 exchange rate?

Also, under assertion 2, its stated that SALTS and Lechmotoren have an established course of dealing with each other before the subject effort. SALTS states, "One course of dealing involved Lechmotoren being paid in DM notwithstanding the fact that the subcontract's CLINs were firm fixed price in USDs. During the course of the first contract, Lechmotoren would invoice in DMs using a contractually established exchange rate of 1USD = 1.5DM. This course of dealing continued after the USG issued a second delivery order to SALTS for the power supplies." Based on these statements it appears that there is a long history with Lechmotoren and so SALTS would know the understanding of the payments terms and that the subcontractor would be getting paid DMs 36 million. Am I missing something? I believe the fact that SALTS and Lechmotoren having a long relationship supports my position as to SALTS knowing the payments terms and what they were going to incur?

SALTS adds that it thought the USG negotiator stated the German audit questioned 25% of the Lechmotoren proposal because of exchange rates.

In SALTS' response it states that "The SALTS negotiators related to Lechmotoren the assertions made by the USG negotiations concerning the Bundesamt report." SALTS references attachment 2 to support this. We believe there are inconsistencies with SALTS' statements. For example, SALTS' stated that the USG negotiator discussed the German audit questioning 25% due to exchange rates and then references attachment 2 stating that the USG negotiator was seeking a 5% reduction. Please fill in the gap from how 25% questioned can all of the sudden be reduced to 5% without any support from SALTS except SALTS letters to the subcontractor? I do not see any proof from the USG that any of this was ever discussed. Can SALTS provide any proof that the USG ever stated that the Germany audit questioned 25% except for SALTS' letters/memorandum of negotiations? In addition, I do not see any mention in the SALTS letter to Lechmotoren that the USG negotiator mentioned that the German audit questioned 25% due to exchange rates. If SALTS really believed that the USG negotiator had questioned costs of 25% due to exchange rates, it would seem logical that SALTS' letters to Lechmotoren would have mentioned these facts. Can you please explain why the SALTS' statements on the 25% questioned costs due to exchange rates seemed to have been lost in any correspondence with Lechmotoren? As you already know the USG negotiator denied ever saying that 25% was questioned. The USG negotiator stated that the Germany audit stated that there was 25% of negotiable areas. Finally, I believe that around $483k was eventually reduced for subcontract costs. This is significantly less than SALTS initial statements that the USG negotiator was asking for a reduction of 25% or about $6 million.

Still under assertion 2, SALTS states that the defective amount should be reduced for the $483k that was reduced during negotiations. As stated in the audit report 2001S42000002, page 8, we have already reduced the finding by this amount.

Still under assertion 2, what is the point of SALTS' statement that Lechmotoren was contractually bound to the 1 USD to 1.5 DM. Does that mean that they were contractually bound to get DM36 million? What is meant by contractually bound to the 1USD to 1.5DM? Did Lechmotoren receive DMs or USD and what was the total Lechmotoren received in DMs, and what was the total in USD that SALTS's paid Lechmotoren? I do not see where under assertion 2 that SALTS proves its point that "... it is beyond contention that the actual incurred exchange rate in the administration of SALTS' subcontract with Lechmotoren was 1 USD = 1.5 DM" If this was the actual exchange rate incurred, please provide proof that SALTS incurred the $24 million they proposed for the subcontract effort?

Then under the last paragraph SALTS' mentions that it did make a significant profit and successful hedge. I do not understand, under the first assertion, and above SALTS states that they did incur the actual exchange rate of $1 to 1.5DM and that it did incur insurance or additional expenses from "The various currency rates that SALTS paid when, from time to time, SALTS acquired DMs at its own expense at Public currency exchanges." Please explain this better so that I can understand the point of this assertion?

Assertion 3: I believe SALTS is trying to say that since it was taking all of the risk associated with exchange rates that the actual exchange rates were not considered cost or pricing data. Please let me understand SALTS' point in taking risk. If there was true risk then I might agree with you. However, at the time of certification, the contract was almost half over, 6 months incurred and 6 months to finish. I am hoping that we can agree that what SALTS incurred during the first 6 months had NO risk. In other words, these costs were already incurred by SALTS and there would be no currency fluctuations because these costs had already been paid (let me know if you think differently). Regarding the final 6 months of the contract, I provided a graph that showed the exchange rate from January 1999 through February 2000 where the exchange rate moved from $1-DM 1.7 to $1-DM 2.0. I am not sure what risk SALTS is referring to? Please explain where the risk are under the scenario that relates to this contract and that 6 months of costs were already incurred and that the contract had only 6 months to finish? I do not understand, was there something in the world that was happening that was going to result in the DM to strengthen significantly and happen at a very quick and unprecedented rate?

Assertion 4: I believe SALTS point is that the USG negotiator knew the actual exchange rates that existed during the prior 6 months to certification and as a result, there is no DP. SALTS had stated in their response to the audit report, 2001S42000002, that they were not sure as to if they would end up paying DM 36 million or $24 million (see quote below). If SALTS was supposedly unsure how would SALTS expect the PCO to be sure what was going to be paid? Also, I do not see how the negotiator would have known about the payment terms of the contract, historical payments terms with the subcontractor and the actual exchange rates that were used when paying the subcontractor and/or the excessive profit that SALTS made as the result of actual exchange rates? The main purpose of post award audits is to make sure all parties are on equal footing, I believe that SALTS had a voluminous amount of information related to the subcontract costs that was not shared with the USG negotiator?

Quote of contractor's response to 2001S42000002 draft audit report: "SALTS did NOT "have knowledge at the time of negotiation that Lechmotoren was going to bill the 36,248,719 DM and not the $24,165,813." SALTS in the negotiations had to be mindful of reaching agreement that would provide adequate funds for SALTS to cover any final settlement with the subcontractor as a result of the subcontractor caveat in Lechmotoren's proposal regarding settlement of a final exchange rate and the currency to be used."

Also, at the bottom of page 7 it mentions something about hedging, please explain what is the point of bringing up hedging, does this mean that SALTS incurred additional expenses because it bought insurance or something like that, if so, as requested above provide proof that SALTS incurred additional expenses?

Assertion 5: Again I am missing the point, is the actual exchange rate that SALTS incurred $1 to DM 1.5? That would mean that SALTS incurred $24 million in subcontract costs, did SALTS incur $24 million and if so

please provide proof that this was incurred? Please fill in the gap of why the only exchange rate that was supposed to be disclosed was the one on the proposal?

Assertion 6: SALTS again mentions the risk associated with currency fluctuations, I do not understand the risk. As I state above, there was very limited risk associated with this contract. The contract was almost half over with only the remaining 6 months left in the contract and the current exchange rates were significantly above the $1-DM1.5. Please explain where there was significant risk?

Assertion 7: No points because I have either commented or questions that are stated above.

Questions/comments regarding William Borchardt:

I would like to point out that out of all of the areas that SALTS' legal team has decided to address, there was only one concern from Mr. Borchardt. In other words, out of all of the arguments that SALTS has stated above, Mr. Borchardt believes that the most important (and possibly the only) issue is if the actual exchange rate SALTS was incurring in purchasing the foreign currency cost or pricing data. Mr. Borchardt goes on to say that the crux of whether this is cost or pricing data is whether prudent buyers and sellers would reasonably expect to affect price negotiations significantly? Mr. Borchardt adds a description of the term 'fence' (contractors putting money in a bank account in the foreign location). Did SALTS do this (fence)? Did they incur any additional costs that DCAA did not address, if so can you provide this documentation?

SALTS' states that the USG negotiator knew or should have known about the significant uncertainty related to SALTS' actual costs related to the subcontract costs. Whether the USG negotiator did or did not know about the significant uncertainties, please explain why SALTS was not obligated to provide current/accurate/complete cost or pricing data related to the actual subcontract costs?

Mr. Borchardt adds that there should have been a cost or price analysis. First of all I believe it is required that prime contractor's perform/manage cost/price analysis of the subcontractors to determine reasonableness, please explain why SALTS did not perform one? Second, the USG negotiator had a German audit that questioned no dollars but stated that there were 25% of negotiable areas. Sure the negotiator could have some additional questions, however, that does not eliminate the requirement of SALTS to provide current/accurate/complete cost or pricing data.

Mr. Borchardt stated that the USG negotiator should have checked exchange rate indices. I am sure the USG negotiator would have if SALTS had disclosed current/accurate/complete cost or pricing data. Maybe the negotiator did not understand the significance of the exchange rates, maybe the negotiator had an MOD audit that questioned no dollars, maybe

the negotiator thought that SALTS was obligated to pay $24 million to the subcontractor, any of these reasons would have precluded him from performing further analysis. Either way, it is not the negotiator's job to guess which questions need to be asked, but it is SALTS' obligation to provide current/accurate/complete information and I do not understand how SALTS can state that they had an underrun in subcontract costs of $2 million at the time of certification and how that is not considered cost or pricing data and that this information would not have significantly impacted negotiations? Please elaborate?

Mr. Borchardt states that it is apparent the USG negotiator recognized the risk, I have emphasized above that there were very limited risks associated with the exchange rates for SALTS. I am at a lost when I see many references as to the risk, where is the risk in this contract, please provide what SALTS thought was high risk and equate this to dollars.

Mr. Borchardt brings up hedge funds. Did SALTS incur any additional expenses for hedge funds and can you provide this documentation?

Mr. Borchardt states that DCAA does not explain how the withheld information had a significant impact on cost. Did SALTS have a $2 million underrun at the time of certification, if not please explain why it did not? Please explain why the actual exchange rates SALTS was incurring and the $2 million underrun is not considered cost or pricing data?

Not sure on Mr. Borchardt point but it states that SALTS incurred $24 million actual costs which matches the proposed amount and so SALTS did disclose the actual costs? Did SALTS disclose the actual exchange rates, did SALTS disclose the payment history with the subcontractor, did SALTS incur $24 million subcontract costs?

Mr. Borchardt points out that SALTS' windfall from speculating currency exchange rates had nothing to do with the costs that SALTS was contractually obligated to pay Lechmotoren. I agree that SALTS was to pay DM 36 million to Lechmotoren no matter what the exchange rates were. However, if it cost SALTS $8 million instead of $10 million at the time of certification, is that not cost or pricing data, the fact that the subcontract costs were not going to be costing as much as proposed?

Please provide responses to the above questions and if you wish to the comments.

Any questions let me know.

Thanks

Mark Guenther, Senior Auditor
Defense Contract Audit Agency
European Branch Office
Telephone Commercial 49-611-380-7512
DSN 338-7512

Fax Commercial 49-611-380-7507

---

Sucker-punch spam with award-winning protection.
Try the free Yahoo! Mail Beta.