# APPENDIX "6"

**Fahd Al-Hamdan**

| | |
|---|---|
| **From:** | Fahd Al-Hamdan |
| **Sent:** | Friday, July 13, 2007 12:28 PM |
| **To:** | 'Mark.Guenther@dcaa.mil' |
| **Subject:** | Reply to E-mail of June 27, 2007 : Post award audit from 2001 and SALTS Assertions from 2003 |

Mark Guenther, Senior Auditor
Defense Contract Audit Agency
European Branch Office
Telephone Commercial 49-611-380-7512
DSN 338-7512
Fax Commercial 49-611-380-7507

← THIS PAGE ALSO SENT BY FAX TO GUENTHER

Mark,

Thank you for your e-mail of June 27, 2007. It is clear that you have put a lot of work into your questions/comments. Although it will take some work on our part, SALTS is prepared to respond to your seven pages. However, before doing so, it would seem prudent to make sure neither of us is wasting his time.

On March 14, 2007 the Contracting Officer, Tanya Davis, issued a final decision on this matter. According to the law, "the contracting officer's decision on the claim shall be final and conclusive." 41 U.S.C. § 605 (b). In short, because Ms. Davis has already issued a final decision, anything that you or I now do for Ms. Davis would appear to be a waste of time since her decision is "final and conclusive."

Ms. Davis has the prerogative to rescind her final decision. If she were to do so, it would make sense for the two of us to pursue your questions/comments. Then, after she has reviewed your painstaking input, she can re-issue her decision.

SALTS' letter dated June 2, 2007 suggested to Ms. Davis that her final decision appeared premature. SALTS requested Ms. Davis to re-issue her final decision after she had acquainted herself with all the facts.

Among the facts that SALTS urged her to consider are, the seven assertions why the Government has no basis to allege that SALTS provided defective cost or pricing data (Ref: SALTS letter dated Aug. 6, 2003 to your predecessor, Mr. Johnson) and a declaration Mr. Johnson received from Col. William Borchardt, USAF (Ret.) on August 27, 2003 setting forth two explanations why the means SALTS that sought to protect itself from currency fluctuation was not cost or pricing data.

To summarize, if Ms. Davis agrees to rescind her March 14, 2007 final decision, I would be delighted to commit the resources to answer your questions/comments. However, at this time SALTS is still waiting for a response to its June 2, 2007 letter to Ms. Davis.

Sincerely,

Fahd Al-Hamdan
FMS Program Manager

x=x=x=x=x=x=x=x=x=x=x=x=x=x=x=x=x=x=x=x=x=x=x=x=x=x=x=x=x=x=x=x=x=x=x=x=x=x=x

-----Original Message-----
From: Guenther, Mark, Mr, DCAA [mailto:Mark.Guenther@dcaa.mil]
Sent: Friday, July 06, 2007 2:57 PM
To: fhamdan@salts.com.sa
Cc: salts_hanks@yahoo.com