# APPENDIX "7"

DEPARTMENT OF THE ARMY
UNITED STATES ARMY AVIATION AND MISSILE LIFE CYCLE MANAGEMENT COMMAND
5300 MARTIN ROAD
REDSTONE ARSENAL AL 35898-5000

REPLY TO
ATTENTION OF

17 July 2007

AMSAM-AC-SM-P

SALTS
Saudi Logistics and Technical Support
P.O. Box 2229
Jeddah 21451
Kingdom of Saudi Arabia

Dear Mr. Al-Hamdan:

References:

a. U.S. Army Aviation and Missile Command contract DAAH01-96-G-0001/D.O. 0004, dated March 29, 2000.

b. Defense Contract Audit Agency Post award Audit Report No. 2191-000002, dated September 19, 2002, Subject: Defective Pricing.

c. U.S. Army Aviation and Missile Command letter dated March 14, 2007.

d. SALTS letter dated June 02, 2007.

In reference to your letter dated 02 Jun 2007, the U.S. Government has received and reviewed the referenced letter.

It is the Government's opinion that the final decision issued by the referenced March 14, 2007 letter, fully met the requirements of the Contract Disputes Act, and the Federal Acquisition Regulations, concerning the time for appeal of the Contracting Officer's final decision on this matter. The time requirements set out therein remain in effect.

A copy of this correspondence has been furnished to the cognizant Administrative Contracting Officer at DCMA.

Printed on Recycled Paper

Point of contact is the undersigned, AMSAM-AC-SM-P, telephone: 256-876-7497, or Datafax 256-842-7255.

Sincerely,

Tanya L. Davis

TANYA L. DAVIS
CONTRACTING OFFICER