IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SAUDI LOGISTICS AND TECHNICAL SUPPORT, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08-142C |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 21-day enlargement of time, to and including August 18, 2008, within which to file its response to plaintiff's motion to dismiss defendant's counterclaim for lack of jurisdiction. Our response is currently due on July 28, 2008. This is defendant's first request for an enlargement of time for this purpose. The undersigned has contacted plaintiff's counsel, who has stated that plaintiff consents to this motion.

The additional time requested within which to file our response is necessary to allow counsel to draft the brief, to incorporate comments of agency counsel, and to obtain internal review of our brief. Pursuant to Rule 7.2(c) of the Rules of the Court, responses to Rule 12(b) motions "shall be filed within 28 days after service of the motion." Pursuant to Rule 7(b), however, "[a]ny motion, objection, or response may be accompanied by a brief or memorandum and, if necessary, supporting affidavits that shall be attached to the motion." In this case, rather than attaching its memorandum in support of its motion to dismiss, plaintiff did not file its memorandum in support of its motion to dismiss until July 7, 2008, two weeks after plaintiff filed its June 26, 2008 motion to dismiss. Because plaintiff's motion relies upon and

incorporates the July 7, 2008 memorandum, we were not able to adequately address plaintiff's contentions until we received the July 7 memorandum.

Additionally, the undersigned will be on active duty for the United States Army Reserve from July 19 through July 26 and, thus, will not be able to work on our brief during that time.

For the foregoing reasons, defendant respectfully requests that the Court grant this consent motion for an enlargement of time.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Martin F. Hockey
MARTIN F. HOCKEY
Assistant Director

/s/ David S. Silverbrand
DAVID S. SILVERBRAND
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 305-3278
fax: (202) 353-7988

July 15, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 15th day of July, 2008, a copy of the foregoing consent motion for an enlargement of time, was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ DAVID S. SILVERBRAND