# In the United States Court of Federal Claims

**No. 08-142C**
**(Filed: July 29, 2008)**

* * * * * * * * * * * * * * * * * *
*
**SAUDI LOGISTICS AND TECHNICAL SUPPORT,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * * *

**ORDER**

Defendant's unopposed motion, filed July 15, 2008, for a 21-day enlargement of time within which to file its response to plaintiff's motion to dismiss defendant's counterclaim for lack of jurisdiction is **GRANTED**. Accordingly, defendant shall file its response by **August 18, 2008**.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge