# In the United States Court of Federal Claims

**No. 08-142C**
**(Filed: August 5, 2008)**

* * * * * * * * * * * * * * * * *

**SAUDI LOGISTICS AND TECHNICAL SUPPORT,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## ORDER

The court hereby **SCHEDULES** a joint preliminary status conference for **Wednesday, August 20, 2008 at 11:00 a.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following telephone numbers: counsel for plaintiff at (256) 536-1711; counsel for defendant at (202) 305-3278.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge