# In the United States Court of Federal Claims

**No. 08-142C**
**(Filed: August 15, 2008)**

* * * * * * * * * * * * * * * * *

**SAUDI LOGISTICS AND TECHNICAL SUPPORT,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## ORDER

Defendant's unopposed motion, filed August 13, 2008, for a seven-day enlargement of time within which to file its response to plaintiff's motion to dismiss defendant's counterclaim for lack of jurisdiction is **GRANTED**. Accordingly, defendant shall file its response by **August 25, 2008**. The defendant must, however, be prepared to discuss the motion at the status conference scheduled for August 20, 2008.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge