# In the United States Court of Federal Claims

**No. 08-142C**
**(Filed: August 20, 2008)**

* * * * * * * * * * * * * * * * *

| | |
|---|---|
| | * |
| **SAUDI LOGISTICS AND TECHNICAL SUPPORT,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |

* * * * * * * * * * * * * * * * *

**O R D E R**

As discussed during the August 20, 2008 status conference, consideration of the merits of the parties' claims is **STAYED** pending resolution of the plaintiff's motion to dismiss the government's counterclaim.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge